# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Bruce Leibensperger,           :
            Appellant      :
                           :    No. 87 C.D. 2015
        v.                   :
                           :
Carpenter Technologies, Inc.    :
t/a Carpenter Technology Corp.   :

## *ORDER*

AND NOW, this 7th day of December, 2016, it is ORDERED that the above-captioned opinion filed September 22, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge